IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION

LAURA M.,[1]

    Plaintiff,

v.                                  Case No. 2:22-cv-2764
                                       JUDGE EDMUND A. SARGUS, JR.
COMMISSIONER OF           Magistrate Judge Elizabeth P. Deavers
SOCIAL SECURITY,

    Defendant.

**OPINION AND ORDER**

    Plaintiff, Laura M., brings this action under 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for social security disability insurance benefits.  On March 9, 2023, the Magistrate Judge issued a Report and Recommendation in which she recommended reversing the Commissioner and remanding this case.  (ECF No. 18.)  The time for objecting has passed and no objection was filed.  For the reasons stated in the Report and Recommendation, this Court **REVERSES** the Commissioner of Social Security's non-disability finding and **REMANDS** the case to the Commissioner and the ALJ under Sentence Four of § 405(g) for further consideration consistent with the Magistrate Judge's Report and Recommendation, which this Court hereby **ADOPTS**.

    **IT IS SO ORDERED.**


4/17/2023                                   s/Edmund A. Sargus, Jr.
**DATE**                                     **EDMUND A. SARGUS, JR., JUDGE**
                                            **UNITED STATES DISTRICT COURT**

---

[1] Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.